```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.
```



Dated: October 14, 2009

_____

**SARAH S. CURLEY**
U.S. Bankruptcy Judge

_____

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23508/0057816688

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:09-bk-20999-SSC |
|---|---|
| Samuel Paul Wagner, Jr. and Alina Louise Schulte-Wagner | Chapter 7 |
| Debtors. | ORDER |
| Wells Fargo Bank, N.A. | (Related to Docket #10) |
| Movant, | |
| vs. | |
| Samuel Paul Wagner, Jr. and Alina Louise Schulte-Wagner, Debtors, Brian J. Mullen, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 29, 2005 and recorded in the office of the Duval County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Samuel Paul Wagner, Jr. and Alina Louise Schulte-Wagner have an interest in, further described as:

> A portion of the Lot 57, SAINT'S CROSSING, UNIT 2, according to plat thereof as recorded in Plat book 43, Page 48 and 48A of the current public records of Duval County, Florida being more particularly as described as follows:
> being at the Southeast corner of sand Lot 57, said point being on the North right of way line of Treasury circle South ( a 50 foot right of way as presently established) thence South 87 way line, 51.00 feet, thence North 02 degrees 24 minutes 24 seconds West 168.61 feet to an intersection with the North line of sand Lot 57, thence North 87 degrees 24 minutes 24 seconds East along said North line 42,46 feet thence South 30 degrees 52 minutes 03 seconds East along North east side of sand Lot 57, 177.77 feet to the East line of Sand Lot 57, thence South 02 degrees 09 minutes 36 seconds East along said East line, 153,35 feet to the point of beginning

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT